# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Jon B. Dumbeck, SBN 174949<br>DUMBECK & DUMBECK<br>3355 Mission Ave., Suite 139, Oceanside, CA 92058<br>TELEPHONE NO.: (760)529-4958   FAX NO.(Optional): (760)637-2391<br>ATTORNEY FOR (Name): Plaintiff Gary Richardson | FOR COURT USE ONLY<br>FILED<br>NORTH COUNTY DIVISION<br>2014 MAY 21 PM 2: 23<br>(7)<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>☐ CENTRAL DIVISION, HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101<br>☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020<br>☒ NORTH COUNTY DIVISION, 325 S. MELROSE DR., SUITE 1000, VISTA, CA 92081<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910 | |
| PLAINTIFF(S)<br>GARY RICHARDSON | JUDGE<br>Hon. Earl H. Maas, III |
| DEFENDANT(S)<br>KIEWIT INFRASTRUCTURE WEST CO., et. al. | DEPT<br>N-28 |
| AMENDMENT TO COMPLAINT | CASE NUMBER<br>37-2014-00006896-CU-DF-NC |

Under Code Civ. Proc. § 474:
FICTITIOUS NAME (Court order required once case is at issue)

Plaintiff(s), being ignorant of the true name of a defendant when the complaint in the above-named case was filed, and having designated defendant in the complaint by the fictitious name of
DOE 76

and having discovered the true name of defendant to be
David A. Hunt

amends the complaint by inserting such true name in place of such fictitious name wherever it appears in the complaint.

Date: 5/21/14                                                                           _____
                                                                                                        Signature

Under Code Civ. Proc. § 473:
NAME - Add or Correct (Court order required)

Plaintiff(s), having designated  ☐ defendant  ☐ plaintiff in the complaint by the name of

_____

and having discovered  ☐ name to be incorrect and the correct name is  ☐ defendant also uses the name of

_____

amends the complaint by  ☐ substituting  ☐ adding such name(s) wherever the name of

_____

appears in the complaint.

Date: _____                                                    _____
                                                                                                        Signature

**ORDER**

The above amendment to the complaint is allowed.

Date: _____                                                    _____
                                                                                        Judge/Commissioner of the Superior Court

SDSC CIV-012 (Rev. 8/13)                           **AMENDMENT TO COMPLAINT**                    Code Civ. Proc §§ 473 & 474