DUMBECK & DUMBECK
Jon B. Dumbeck (SBN 174949)
Curtis M. King (SBN 187778)
3355 Mission Ave., Suite 139
Oceanside, CA 92058
Telephone: (760) 529-4958

Attorneys for Plaintiff GARY RICHARDSON

SEYFARTH SHAW LLP
F. Scott Page (SBN 108515)
Christopher A. Crosman (SBN 190336)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200

Attorneys for Defendants
KIEWIT INFRASTRUCTURE WEST CO., and KIEWIT PACIFIC CO.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RICHARDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation;<br>KIEWIT PACIFIC CO., an unknown entity;<br>ED MORRIS, an individual; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: 3:14-cv-01838-JLS-WVG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Janis L. Sammartino<br>Room: 4A<br><br>(San Diego Superior Court Case No.:37-2014-00006896-CU-DF-NC) |

1
VOLUNTARY DISMISSAL
Case No.: 3:14-cv-01838-JLS-WVG

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Gary Richardson and Defendants Kiewit Infrastructure West Co. and Kiewit Pacific Co. (the "Kiewit Defendants"), by and between their respective counsel of record, that the above-captioned action is voluntarily dismissed, with prejudice as to the entire action and as against all defendants thereto, including but not limited to the Kiewit Defendants, Defendant Eddie Morris, and Defendant Dave Hunt, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

DATED: January 7, 2015

DUMBECK & DUMBECK

By: _____
Jon B. Dumbeck
Curtis M. King
Attorneys for Plaintiff
GARY RICHARDSON

DATED: January 8, 2015

SEYFARTH SHAW LLP

By: _____
F. Scott Page
Christopher A. Crosman
Attorneys for Defendants
KIEWIT INFRASTRUCTURE WEST
CO., and KIEWIT PACIFIC CO.